1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10                           ----oo0oo----
11
12   AURORA BANUT,                      NO. CIV. 2:11-1365 WBS GGH
13          Plaintiff,
                                        ORDER OF RECUSAL
14       v.
15   BAC HOME LOANS SERVICING, LP;
     MORTGAGE ELECTRONIC
16   REGISTRATION SYSTEMS, INC and
     Does 1 through 30.
17
            Defendants.
18   _____/
19
20                           ----oo0oo----
21          Because the spouse of one of my law clerks owns a small
22   amount of stock in the Bank of America, I must recuse myself from
23   this case for the reasons stated in Amstadter v. Bank of America,
24   Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
25          IT IS THEREFORE ORDERED that the Clerk of the Court
26   reassign this case to another judge for all further proceedings,
27   making appropriate adjustments in the assignments of civil cases
28   to compensate for such reassignment.  All dates pending before

                                  1

the undersigned are hereby vacated.

DATED:  May 25, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2